UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:21-po-00453-HBK-1 |
| v. | ORDER GRANTING MOTION TO CONVERT VIOLATIONS TO BAILABLE |
| MOHAMMAD T. NOORI | |
| Defendant. | (Doc. No. 17) |

Pending before the Court is the parties' joint motion to permit Defendant to forfeit collateral in lieu of appearance. (Doc. No. 17). On September 10, 2024, Defendant appeared for an initial appearance and warrant recall on Violation No. 9293131 (charging violation of 36 C.F.R. §4.2(b) incorporating CVC 16028(a), No Proof of Insurance) and Violation No. 9293130 (charging violation 36 C.F.R. § 4.21(c), Exceeding Speed Limits). Due to Defendant's appearance the Court recalled the warrant at his initial appearance. Both violations were marked as mandatory appearances,[1] although both violations are generally bailable offenses affording a defendant to post collateral instead of making an initial appearance.

After the initial appearance and in the instant motion, the government requests to convert

---

[1] Defendant was also charged with a third violation of 36 C.F.R. § 2.35(b)(2), Possession of a Controlled Substance (Marijuana), that was dismissed pursuant to presidential pardon.

both citations to bailable citations. Specifically, Violation Nos. 9293131 and 9293130 each will be resolved through a forfeiture of collateral consistent with the bail scheduled: $200 fine plus a $30 processing fee for each violation.

Accordingly, it is ORDERED:

1. The parties' joint motion to permit Defendant to forfeit collateral in lieu of future appearance (Doc. No. 17) is GRANTED to the extent set forth herein.
2. The Clerk shall convert Violation No. 9293131 (charging violation of 36 C.F.R. §4.2(b) incorporating CVC 16028(a), No Proof of Insurance) to a bailable citation with a fine of $200 and $30 processing.
3. The Clerk shall convert Violation No. 9293130 (charging violation 36 C.F.R. § 4.21(c)), Exceeding Speed Limits) to a bailable citation with a fine of $200 and $30 processing.
4. Defendant **shall have thirty (30) days** to forfeit the collateral on each Violation to the Central Violation Bureau.
5. Upon notice of receipt of payment, the Clerk shall recall the abstract, vacate the December 10, 2024 status conference and CLOSE this case.
6. If Defendant fails to timely make payment, Defendant must appear at the December 10, 2024 status conference.

Dated:     September 20, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2